1  MICHAEL MCSHANE (127944)                    **E-filed 5/1/07**
   AUDET & PARTNERS, LLP
2  221 Main Street, Suite 1460
   San Francisco, CA  94105-1938
3  Telephone:     (415) 568-2555
   Facsimile:      (415) 568-2556
4  mmcshane@audetlaw.com

5  STEVE W. BERMAN
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com
   george@hbsslaw.com
9
   DANIEL HUME
10 KIRBY McINERNEY & SQUIRE, LLP
   830 Third Avenue
11 New York, NY 10022
   Telephone:  (212) 371-6600
12 Facsimile:  (212) 751-2540
   dhume@kmslaw.com
13
   Attorneys for Plaintiffs and Proposed Class
14
   [Additional Counsel Listed On Signature Page]
15

16                  UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

19
   MICHAEL MALONE, individually and on    )   Case No. C-07-01882-JF
20 behalf of all others similarly situated,   )
                                           )   **STIPULATION AND [PROPOSED] CASE
21                          Plaintiff,     )   MANAGEMENT ORDER NO. 1**
                                           )
22            vs.                          )
                                           )
23                                         )
   EBAY INC.,                              )
24                                         )
                            Defendant.     )
25 _____)

26

27

28

1       WHEREAS Plaintiff Michael Malone, on behalf of himself and all other similarly situated

2   consumers who sold items through eBay Inc.'s ("eBay" or "Defendant") auction service and were

3   charged fees by eBay's online payment system, filed a complaint on March 8, 2007, in the Western

4   District of Texas, against eBay, alleging violations of federal and state antitrust laws and state

5   consumer protection laws (*Malone v. eBay*, C.A. No. 1:07-CV-00174 (W.D. Tex.) (Yeakel,

6   U.S.D.J.));

7       WHEREAS prior to Defendant's answer or response, and at Defendant's request, on April 4,

8   2007, Malone filed (i) with the Western District of Texas a notice of voluntary dismissal and (ii)

9   with this Court the instant complaint (the "*Malone*" action), Case No. 07-01882-JF;

10      WHEREAS the action names eBay Inc. as Defendant and is brought on behalf of users of

11  eBay Inc.'s on-line payment service, PayPal, who have allegedly paid excess fees on PayPal

12  transactions;

13      WHEREAS Plaintiffs Ann Farmer and Todd Van Pelt filed a complaint against eBay in this

14  District on April 23, 2007, *Farmer, et al. v. eBay, Inc.*, Case No. C-07-02209, relating to the same

15  subject matter and asserting substantially the same claims as *Malone*;

16      WHEREAS counsel for all Plaintiffs have each concluded that it is in the best interests of the

17  respective parties and absent putative class members that the above-captioned actions be

18  consolidated for all purposes and proceed as contemplated herein;

19      WHEREAS all served parties, through their respective counsel, have stipulated to the terms

20  provided herein;

21      WHEREAS it is anticipated that additional related actions may be transferred to, removed to,

22  or filed in this Court; and

23      WHEREAS the existence of common questions of law and fact in the actions now pending

24  before this Court, the interests of fair and efficient administration of the actions and the avoidance of

25  unnecessary duplicative efforts, warrants the consolidation of the actions, and the setting of a status

26  conference to discuss, among other things, future motion practice and discovery, and good cause

27  appearing therefore;

28

**IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:**

**I.    CONSOLIDATION OF RELATED ACTIONS**

1.    The Court finds that *Malone v. eBay Inc.*, Case No. 07-01882-JF and *Farmer, et al. v. Ebay, Inc.*, Case No. C-07-02209 are related actions and such cases are hereby consolidated into *Malone v. eBay Inc.*, Case No. 07-01882-JF, and are referred to herein as the Consolidated Action.

**II.    MASTER DOCKET FILE**

2.    The Clerk shall establish and maintain a Master Docket and Master File for this proceeding under the caption "*In re eBay Seller Antitrust Litigation*," Case No. C-07-01882-JF.  All orders, pleadings, motions, and other documents should, when filed and docketed in the Master File, be deemed filed and docketed in each individual case.

3.    Every pleading filed in these Consolidated Actions, or in any separate action included therein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE EBAY SELLER ANTITRUST                    Case No. C-07-01882-JF
LITIGATION

4.    These Consolidated Actions are subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically.  General Order 45 provides at Section VI(A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon notification that the action is subject to ECF."  If she or he has not already done so, counsel shall register forthwith as an ECF User and be issued an ECF User ID and password.  Forms and instructions can be found on the Court's website at https://ecf.cand.uscourts.gov.

5.    All counsel shall be required to register immediately for ECF filing, and ECF filing in Case No. C-07-01882-JF shall be deemed sufficient service on all parties for all documents able to be publicly filed, and that parties are excused from any duty under General Order 45, part (IX)(C)(2)

1    to serve paper copies of any filing in these proceedings, with the exception of filings made under

2    seal.

3          6.    At the time of filing of original papers with the Clerk's Office, the parties will submit

4    one additional conformed copy of each document designated "JF Chambers Copy."

5    **III.   APPLICABILITY OF ORDER**

6          7.    This Order shall apply to all actions instituted in, removed to, or transferred to this

7    Court that involve the same or substantially similar issues of law and fact (collectively, "the

8    Consolidated Actions."), subject to the following procedures:

9                (a)    When such a case is filed in, removed to, or transferred to this Court, the

10   Clerk of the Court shall:

11                      (i)    place a copy of this Order in the separate file for such action;

12                      (ii)   provide a copy of this Order by mail or electronically pursuant to local

13   rules to counsel for Plaintiff(s) in the newly-filed or transferred action and to any Defendant(s) in the

14   newly-filed or transferred action; and

15                      (iii)  make an appropriate entry on the Master Docket for the Consolidated

16   Actions.

17                (b)    Each new case that arises out of the subject matter of the Consolidated Action,

18   which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated

19   Actions and this Order shall apply to that action, unless a party in such newly-filed or transferred

20   action objects to consolidation, within ten (10) days after the date upon which a copy of this Order is

21   served on counsel for such party, by filing an application for relief, and this Court deems it

22   appropriate to grant such application.

23          8.    Counsel shall call to the attention of the Court and the Clerk the filing or transfer of

24   any case which might properly be consolidated with the Consolidated Actions.  Mailing or other

25   delivery of a copy of this Order by Defendant's counsel or Plaintiffs' counsel, as appropriate, to the

26   counsel in any newly-filed or transferred actions shall constitute valid notice thereof for purposes of

27   establishing its applicability to such action in accordance with this Order.

28

**IV.     APPOINTMENT OF INTERIM CLASS COUNSEL**

9.      Pursuant to Rule 23(g)(2), the Court will appoint interim co-lead counsel to act on behalf of class members as well as on behalf of other counsel for the Plaintiffs.

**V.      FILING AND SERVICE OF CONSOLIDATED COMPLAINT AND RESPONSIVE PLEADINGS**

10.      Plaintiffs shall file a Consolidated Class Action Complaint on or before May 11, 2007.  The Consolidated Class Action Complaint shall serve as the Operative Complaint in this action and shall supersede any other complaint previously filed in *Malone* and/or any related case.

11.      Waiving only the defenses of insufficiency of process and insufficiency of service of process, the undersigned counsel, on behalf of Defendant, shall acknowledge service of the Operative Complaint in this action.  Defendant is hereby expressly relieved from answering or otherwise responding to the initial complaint or any complaint filed in any subsequent civil action that is consolidated with this action.

12.      If the Defendant elects to answer the Operative Complaint, its Answer shall be filed no later than June 8, 2007.

13.      If the Defendant elects to move in response to the Operative Complaint, its motion shall be filed no later than June 8, 2007.  Plaintiffs shall file their response to any motion no later than July 6, 2007.  Defendant shall file its reply papers in support of any such motion no later than July 27, 2007.

14.      The hearing on any motion to dismiss shall be set to coincide with a Case Management Conference, on August 10, 2007, or as soon thereafter as may be heard by the Court, or in the event that the Defendant answers the Operative Complaint, such other date as the Court may determine.

15.      For purposes of the statute of limitations, the Consolidated Class Action Complaint shall be deemed to have been filed on March 8, 2007, the date in which Plaintiff Malone filed his case in the Western District of Texas.

**VI.     PRESERVATION OF EVIDENCE**

16.      The parties shall preserve evidence in accordance with applicable law.

1   **VII.    FILING OF DISCOVERY REQUESTS AND RESPONSES**

2          17.    In accordance with Rule 5(d) of the Federal Rules of Civil Procedure, discovery

3   requests and responses are not to be filed with the Clerk, or sent to Judge's Chambers, except to the

4   extent needed in connection with a motion.

5          **IT IS SO STIPULATED AND AGREED.**

6   Dated: April 30, 2007                              AUDET & PARTNERS, LLP

7                                                      By  /s/ Michael McShane
                                                           Michael McShane
8                                                      221 Main Street, Suite 1460
                                                       San Francisco, CA  94105-1938
9                                                      Telephone:    (415) 568-2555
                                                       Facsimile:    (415) 568-2556
10                                                     mmcshane@audetlaw.com

11  Dated: April 30, 2007                              HAGENS BERMAN SOBOL SHAPIRO LLP

12                                                     By  /s/ Steve W. Berman
                                                           Steve W. Berman
13                                                     George W. Sampson
                                                       1301 Fifth Avenue, Suite 2900
14                                                     Seattle, WA  98101
                                                       Telephone: (206) 623-7292
15                                                     Facsimile: (206) 623-0594
                                                       steve@hbsslaw.com
16                                                     george@hbsslaw.com

17                                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                                       Reed R. Kathrein (139304)
18                                                     Jeff D. Friedman (173886)
                                                       Shana E. Scarlett (217895)
19                                                     425 Second Street, Suite 500
                                                       San Francisco, California  94107
20                                                     Telephone: (415) 896-6300
                                                       Facsimile: (415) 896-6301
21                                                     reed@hbsslaw.com
                                                       shanas@hbsslaw.com
22                                                     jefff@hbsslaw.com

23  Dated: April 30, 2007                              KIRBY McINERNEY & SQUIRE, LLP

24                                                     By  /s/ Daniel Hume
                                                           Daniel Hume
25                                                     David Kovel
                                                       Beverly Tse (237240)
26                                                     830 Third Avenue
                                                       New York, NY 10022
27                                                     Telephone:  (212) 371-6600
                                                       Facsimile:  (212) 751-2540
28                                                     dkovel@kmslaw.com

1

2
FINKELSTEIN THOMPSON LLP
Mila Bartos
3
Doug Thompson
The Duvall Foundry
1050 30th Street, N.W.
4
Washington, DC 20007
Telephone:  (202) 337-8000
5
Facsimile:  (202) 337-8090
mbartos@finkelsteinthompson.com
6
dthompson@finkelsteinthompson.com

7
LAW OFFICES OF MALLISON & MARTINEZ
Stan S. Mallison (184191)
8
Hector Martinez (206336)
1042 Brown Avenue, Suite A
9
Lafayette, California 94549
Telephone:  (925) 283-3842
10
Facsimile:  (925) 283-3426
StanM@mallisonlaw.com

11
RABIN & PECKEL, LLP
I. Stephen Rabin
12
Joseph P. Garland
Joseph V. McBride
13
275 Madison Avenue
Suite 420
14
New York, New York   10016
Telephone:  (212) 880-3722
15
Facsimile: (212) 880-3716
srabin@rabinpeckel.com
16
jpg65@columbia.edu
jmcbride@rabinpeckel.com

17
*Attorneys for Plaintiffs and the Proposed Class*

18

19
Dated:  April 30, 2007          O'MELVENY & MYERS

20
                By  /s/ Thomas P. Brown
                       Thomas P. Brown
21
                Richard G. Parker (62356)
                Michael F. Tubach (145955)
22
                Embarcadero Center West
                275 Battery Street
23
                San Francisco, Ca 94111-3305
                Telephone: (415) 984-8700
24
                Facsimile: (415) 984-8701
                rparker@omm.com
25
                mtubach@omm.com
                tbrown@omm.com

26
                *Attorneys for Defendant eBay Inc.*

27
                        *       *       *
28

1

**ORDER**

2  **IT IS SO ORDERED.**

3

4  Dated: ___5/1/07_____

_____
HON. JEREMY D. FOGEL
UNITED STATES DISTRICT COURT JUDGE

5

6

7        I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Case Management Order No. 1.  In compliance with General Order 45, X.B., I hereby attest that Michael McShane, Steve W. Berman, Daniel Hume, and Thomas P. Brown have concurred in this filing.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk

3    of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5    that I have mailed the foregoing document or paper via the United States Postal Service to the

6    non-CM/ECF participants indicated on the attached Manual Notice List.

7
                                   /s/ Jeff D. Friedman
8                                  JEFF D. FRIEDMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:07-cv-01882-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brynly R. Llyr**
  bllyr@omm.com dbordessa@omm.com

- **Michael McShane**
  mmcshane@audetlaw.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com info@rabinpeckel.com

- **Beverly Tse**
  btse@kmslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ann Farmer**

**Joseph P. Garland**
Klein & Solomon LLP
275 Madison Avenue
11th Floor
New York, NY 10016

**Daniel Hume**
Attorney at Law
830 Third Avenue
10th Floor
New York, NY 10022

**David E. Kovel**
Kirby McInerney Squire LLP
830 Third Avenue
New York, NY 10022

**Joseph V. McBride**
Murray Frank & Sailer  LLP
275 Madison Avenue
New York, NY 10016