**E-filed 6/15/07**

1   Michael F. Tubach (S.B. #145955)
    mtubach@omm.com
2   Thomas P. Brown (S.B. #182916)
    tbrown@omm.com
3   Julie D. Wood (S.B. #242147)
    jwood@omm.com
4   O'MELVENY & MYERS LLP
    Embarcadero Center West
5   275 Battery Street
    San Francisco, CA  94111-3305
6   Telephone:    (415) 984-8700
    Facsimile:    (415) 984-8701
7
    Richard G. Parker (S.B. #62356)
8   rparker@omm.com
    O'MELVENY & MYERS LLP
9   1625 Eye Street, NW
    Washington, D.C.  20006-4001
10  Telephone:    (202) 383-5300
    Facsimile:    (202) 383-5414
11
    Attorneys for Defendant
12  eBay Inc.
13
    [Additional Counsel Listed on Signature Page]
14
15
16              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
17                    SAN JOSE DIVISION
18
    IN RE EBAY SELLER ANTITRUST          Case No.  C 07-01882 (JF)
19  LITIGATION
                                         STIPULATION AND [PROPOSED] ORDER
20                                       EXTENDING HEARING DATE FOR
                                         DEFENDANT'S MOTION TO DISMISS
21                                       AND CASE MANAGEMENT
                                         CONFERENCE
22
23
24
25
26
27
28
                                              STIPULATION AND [PROPOSED] ORDER
                                                     CASE # C 07-01882 (JF)

1    WHEREAS the Court signed the Stipulation and Case Management Order No. 1,

2  stating that "the hearing on any motion to dismiss shall be set to coincide with a Case

3  Management Order, on August 10, 2007, or as soon thereafter as may be heard by the

4  Court;"

5    WHEREAS Defendant eBay Inc. filed its motion to dismiss on June 8, 2007;

6    WHEREAS the Court is unavailable on August 10, 2007;

7    WHEREAS the first available date that is mutually convenient for the parties and

8  the Court is September 14, 2007;

9    IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

10    1.    The Case Management Conference and the hearing on Defendant's motion

11  to dismiss shall be heard together on September 14, 2007 at 9:00 a.m., or as soon

12  thereafter as may be heard by the Court.

13    2.    Plaintiffs shall file their response to Defendant's motion to dismiss no later

14  than July 13, 2007.

15    3.    Defendant shall file its reply papers in support of any such motion on

16  August 3, 2007.

17

18  Dated:  June 12, 2007                    MICHAEL F. TUBACH
                                            THOMAS P. BROWN
19                                          JULIE D. WOOD
                                            O'MELVENY & MYERS LLP
20

21

22                                          By: /s/Thomas P. Brown
                                            _____
                                                     Thomas P. Brown
23

24                                          *Attorneys for Defendant*
                                            eBay Inc.
25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                            CASE # C 07-01882 (JF)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  June 12, 2007

MICHAEL MCSHANE
AUDET & PARTNERS LLP


By: /s/Michael McShane
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Michael McShane

Dated:  June 12, 2007

STEVE W. BERMAN
GEORGE W. SAMPSON
HAGENS BERMAN SOBOL SHAPIRO
LLP


By: /s/Steve W. Berman
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Steve W. Berman

Dated:  June 12, 2007

DANIEL HUME
KIRBY MCINERNEY & SQUIRE, LLP


By: /s/Daniel Hume
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Daniel Hume

*Attorneys for Plaintiffs and Proposed Class*

STIPULATION AND [PROPOSED] ORDER
CASE # C 07-01882 (JF)

1

## ORDER

2    IT IS SO ORDERED.

3

4    Dated:      6/15/07

The Honorable Jeremy D. Fogel
5    United States District Court Judge
Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3    STIPULATION AND [PROPOSED] ORDER
CASE # C 07-01882 (JF)

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to

4

the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List,

5

and I hereby certify that I have mailed the foregoing document or paper via the United

6

States Postal Service to the non-CM/ECF participants indicated on the attached Manual

7

Notice List.

8

9

10

/s/  Isabel A. Haas

11

Isabel A. Haas

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER
CASE # C 07-01882 (JF)

# Mailing Information for a Case 5:07-cv-01882-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brynly R. Llyr**
  bllyr@omm.com,dbordessa@omm.com

- **Thomas Patrick Brown**
  tbrown@omm.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com

- **Daniel Hume**
  dhume@kmslaw.com

- **David E. Kovel**
  dkovel@kmslaw.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com,info@rabinpeckel.com

- **Beverly Tse**
  btse@kmslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Joseph P. Garland
Klein & Solomon LLP
275 Madison Avenue
11th Floor
New York, NY 10016

Joseph V. McBride
Rabin and Peckel
275 Madison Avenue
Suite 420
New York, NY 10016