Michael F. Tubach (S.B. #145955) – mtubach@omm.com
Thomas P. Brown (S.B. #182916) – tbrown@omm.com
Julie D. Wood (S.B. #242147) – jwood@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Richard G. Parker (S.B. #62356) – rparker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
Telephone:    (202) 383-5300
Facsimile:     (202) 383-5414

Attorneys for Defendant
eBay Inc.

**E-filed 9/14/07**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No.  C 07-01882 (JF)<br><br>**NOTICE TO COURT AND CLERK REGARDING CASE FOR CONSOLIDATION**<br> AND ORDER CONSOLIDATING CASES |

1  Pursuant to the Stipulation and Case Management Order No. 1 in this case ("Case
2  Management Order No. 1"), eBay files this Notice to inform the Court and the Clerk that a case
3  related to this one has been filed in the Northern District of California, San Jose Division. Case
4  Management Order No. 1 is attached as Appendix A to this pleading.

5  The new case has been docketed as *Enebely v. eBay, Inc.*, 07-03803, and it "arises out of
6  the subject matter" of the cases against eBay consolidated in *In re eBay Seller Antirust Litigation*,
7  Case No. C 07-01882 (JF). Pursuant to paragraph 7(b) of Case Management Order No. 1,
8  *Enebely* should be consolidated into this case.

Dated: August 8, 2007

          RICHARD G. PARKER
          MICHAEL F. TUBACH
          THOMAS P. BROWN
          JULIE D. WOOD
          O'MELVENY & MYERS LLP

          By: /s/Thomas P. Brown
             Thomas P. Brown

          *Attorneys for Defendant*
          eBay Inc.

9/13/07   IT IS SO ORDERED.

Judge Jeremy Fogel, US
District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2007, I electronically filed the **NOTICE TO COURT AND CLERK REGARDING CASE FOR CONSOLIDATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document on paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

A courtesy copy of the foregoing was sent by overnight delivery via FedEx to the following:

Reginald Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804
[Counsel for Plaintiff Jeffrey Enebely]

/s/ Doreen Bordessa

# Mailing Information for a Case 5:07-cv-01882-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brynly R. Llyr**
  bllyr@omm.com,dbordessa@omm.com

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Thomas Patrick Brown**
  tbrown@omm.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com

- **Daniel Hume**
  dhume@kmslaw.com

- **David E. Kovel**
  dkovel@kmslaw.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com,info@rabinpeckel.com

- **Beverly Tse**
  btse@kmslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph P. Garland
Klein & Solomon LLP
275 Madison Avenue
11th Floor
New York, NY 10016

Joseph V. McBride
Rabin and Peckel
275 Madison Avenue
Suite 420
New York, NY 10016
```