1   **MICHAEL McSHANE (CA SBN 127944)**
    mmcshane@audetlaw.com
2   **AUDET & PARTNERS LLP**
    **221 Main Street, Suite 1460**                    *E-FILED 4/11/08*
3   **San Francisco, CA 94105**
    **Telephone: (415) 568-2555**
4   **Facsimile: (415) 568-2556**

5   **STEVE W. BERMAN (admitted *pro hac vice*)**
    steve@hbsslaw.com
6   **HAGENS BERMAN SOBOL SHAPIRO LLP**
    **1301 Fifth Avenue, Suite 2900**
7   **Seattle, WA 98101**
    **Telephone: (206) 623-7292**
8   **Facsimile: (206) 623-0594**

9   **DANIEL HUME (admitted *pro hac vice*)**
    dhume@kmllp.com
10  **KIRBY MCINERNEY, LLP**
    **830 Third Avenue, 10th Floor**
11  **New York, NY 10022**
    **Telephone: (212) 371-6600**
12  **Facsimile: (212) 751-2540**

13
    **Attorneys for Plaintiffs**
14
    *Additional Counsel Listed On Signature Page*
15

16              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17              **SAN JOSE DIVISION**

18  | **IN RE EBAY SELLER ANTITRUST** | **Case No. C 07-01882 (JF)** |
19  | **LITIGATION** | |
    | | **STIPULATION AND [PROPOSED]** |
20  | | **PROTECTIVE ORDER REGARDING** |
    | | **EXPERT DISCOVERY** |
21

22  COUNSEL FOR THE PARTIES HEREBY STIPULATE AS FOLLOWS:

23          1.      In order to avoid consuming the parties' and the Court's time and

24  resources on potential discovery issues relating to experts, the parties have agreed to

25  certain limitations on the scope of expert-related discovery and testimony in this

26  matter. Neither the terms of this Stipulation nor the parties' agreement to them implies

27  that any of the information restricted from discovery in this Stipulation would

28  otherwise be discoverable.

- 1 -

1          2.      The following categories of data, information, or documents need not

2    be disclosed by any party, and are outside the scope of permissible discovery

3    (including deposition questions):

4                        a.      Any notes or other writings taken or prepared by or for an

5    expert witness in connection with this matter including, but not limited

6    to, correspondence or memos to or from, and notes of conversations

7    with, the expert's assistants and/or clerical or support staff, other expert

8    witnesses or non-testifying expert consultants, or attorneys for the party

9    offering the testimony of such expert witness, unless the expert witness

10   is relying upon those notes or other writings in connection with the

11   expert witness' opinions in this matter;

12                       b.      Draft reports, draft studies, or draft work papers;

13   preliminary or intermediate calculations, computations, or data runs; or

14   other preliminary, intermediate or draft materials prepared by, for or at

15   the direction of an expert witness, but any documents, data or computer

16   programs, relied on or used to generate final results relied on by the

17   expert shall be subject to discovery and shall be produced; and

18                       c.      Any oral or written communication between an expert

19   witness and the expert's assistants and/or clerical or support staff, other

20   expert witnesses or non-testifying expert consultants, or attorneys for the

21   party offering the testimony of such expert witness, unless the expert

22   witness is relying upon the communication in connection with the expert

23   witness' opinions in this matter.

24                       d.      In addition to the limitations on discovery set forth in

25   paragraph 2 above, the parties agree that other data or information that

26   may have been considered by an expert but was not relied on by the

27   expert in forming her or his opinions need not be disclosed or produced.

28   Nothing in paragraphs 2 or 3 however, shall be construed to prevent

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING EXPERT DISCOVERY

1    substantive deposition questions with respect to any data or other non-

2    privileged information that may be relevant to the substance of the

3    expert's opinions (including alternative theories, methodologies,

4    variables, or assumptions that the expert may have considered in

5    formulating her or his opinions or in preparing her or his report).

6        3.    To the extent that the specific stipulations agreed to herein waive

7    disclosure requirements under Fed. R. Civ. P. 26(a)(2)(B) or (C), the Parties agree to

8    such waiver.

9

10   **SO STIPULATED.**

11

12   Dated: April 10, 2008              MICHAEL F. TUBACH

13                                      THOMAS P. BROWN
                                        JULIE D. WOOD

14                                      O'MELVENY & MYERS LLP

15

16                                      By: _____ /s/ Thomas P. Brown _____

17                                              Thomas P. Brown

18

19                                      *Attorneys for Defendant*
                                        eBay Inc.

20

21   Dated: April 10, 2008              MICHAEL McSHANE
                                        AUDET & PARTNERS LLP

22

23

24                                      By: _____ /s/ Michael McShane _____

                                                Michael McShane

25

26                                      *Attorneys for Plaintiffs*

27

28

- 3 -

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING EXPERT DISCOVERY

1

Dated: April 10, 2008

2

STEVE W. BERMAN
HAGENS BERMAN SOBOL
SHAPIRO, LLP

3

4

By: _____/s/ Steve W. Berman_____

5

Steve W. Berman

6

*Attorneys for Plaintiffs*

7

8

Dated: April 10, 2008

DANIEL HUME
KIRBY McINERNEY LLP

9

10

11

By: _____/s/ Daniel Hume_____

Daniel Hume

12

*Attorneys for Plaintiffs*

13

14

**SO ORDERED.**

15

16

Dated:_____April 11, 2008_____

17

18

_____
The Honorable Richard Seeborg
United States Magistrate Judge

19

20

21

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Protective Order Regarding Expert Discovery.  In compliance with General Order 45, X.B., I hereby attest that Thomas P. Brown, Michael McShane, Steve W. Berman and Daniel Hume have concurred in this filing.

22

23

24

SF1:710948.1
001966-12  233181 V1

25

26

27

28

- 4 -

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING EXPERT DISCOVERY

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on April 10, 2008 I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5

that I have mailed the foregoing document or paper via the United States Postal Service to the

6

non-CM/ECF participants indicated on the attached Manual Notice List.

7

8

/s/ Shana E. Scarlett
SHANA E. SCARLETT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING EXPERT DISCOVERY

Case 3:07-cv-01882-JSW   Document 70   Filed 04/11/08   Page 6 of 7

# Mailing Information for a Case 5:07-cv-01882-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brynly R. Llyr**
  bllyr@omm.com,dbordessa@omm.com

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Thomas Patrick Brown**
  tbrown@omm.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Joseph P. Garland**
  jpg65@columbia.edu

- **Daniel Hume**
  dhume@kmslaw.com

- **David E. Kovel**
  dkovel@kmslaw.com

- **Joseph V. McBride**
  jmcbride@rabinpeckel.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com,info@rabinpeckel.com

- **Jeffrey Squire**
  squire@bragarwexler.com

- **Beverly Tse**
  btse@kmslaw.com

- **Julie Dawn Wood**
  jwood@omm.com

## Manual Notice List

The following is the list of attorneys who are **not**

on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)