UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION, | Case No. CV-07-1882-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On May 1, 2007 the above entitled matter was deemed the Master File in the eBay Seller Antitrust Litigation. The Court consolidated the following cases under lead case number CV-07-1882-JF. In light of the consolidation, the clerk shall administratively close the following cases: CV-07-2209-JF, CV-07-3803-JF, and CV-07-5945-JF.

IT IS SO ORDERED.

Dated: August 28, 2008

_____
JEREMY FOGEL
United States District Judge