Michael F. Tubach (S.B. #145955)
mtubach@omm.com
Thomas P. Brown (S.B. #182916)
tbrown@omm.com
Julie D. Wood (S.B. #242147)
jwood@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

*E-FILED 8/28/08*

Attorneys for Defendant
eBay Inc.

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No.  C 07-01882 (JF)(RS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE FOR PLAINTIFFS' MOTION TO COMPEL PRE-CLASS PERIOD DOCUMENTS AND DEFENDANT'S SEARCH TERMS** |

WHEREAS, Plaintiffs filed their Motion to Compel Pre-Class Period Documents and Defendant's Search Terms ("the Motion") on August 20, 2008;

WHEREAS, the hearing on the Motion is currently noticed for September 24, 2008;

WHEREAS, Plaintiffs have agreed to eBay's request to move the hearing date to October 1, 2008;

IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

1. The hearing on the Motion will occur on October 1, 2008 at 9:30 a.m., or as soon thereafter as it may be heard by the Court.

2. eBay shall file its brief in opposition to the Motion by September 10, 2008.

3. Plaintiffs shall file any reply in support of the Motion by September 17, 2008.

Dated:  August 27, 2008

MICHAEL F. TUBACH
THOMAS P. BROWN
JULIE D. WOOD
O'MELVENY & MYERS LLP


By: /s/ Julie D. Wood
       Julie D. Wood

*Attorneys for Defendant*
eBay Inc.

Dated:  August 27, 2008

MICHAEL MCSHANE
AUDET & PARTNERS LLP


By: /s/Michael McShane
       Michael McShane

| | | |
|---|---|---|
| 1 | Dated: August 27, 2008 | STEVE W. BERMAN |
| 2 | | GEORGE W. SAMPSON |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | |
| 4 | | |
| | | By: /s/Steve W. Berman |
| 5 | | Steve W. Berman |
| 6 | Dated: August 27, 2008 | DANIEL HUME |
| | | KIRBY MCINERNEY & SQUIRE, LLP |
| 7 | | |
| 8 | | |
| | | By: /s/Daniel Hume |
| 9 | | Daniel Hume |
| 10 | | *Attorneys for Plaintiffs and Proposed Class* |

**ORDER**

IT IS SO ORDERED.

Dated: August 28, 2008

_____
The Honorable Richard Seeborg
United States Magistrate Judge

I, Julie D. Wood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Michael McShane, Steve W. Berman and Daniel Hume have concurred in this filing.