**\*E-FILED 8/29/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | NO. C 07-1882 JF (RS)<br><br>**FURTHER ORDER RE: DISCOVERY ORDER** |

_____/

On August 22, 2008, the Court granted in part and denied in part plaintiffs' motion to compel. On August 26, 2008, plaintiffs filed a request for clarification of that order as it relates to request twenty-nine, which seeks all documents related to eBay's interaction with PayPal, Inc., eBay's online payment service. That request for production, as the Order reflects, is to be treated in the same manner as the other discovery requests in dispute: at this junction, contracts and agreements are the *only* materials that are to be produced, and that includes those pertaining to PayPal. The parties are then to meet and confer on what, if any, "back-up" documentation should be produced and any further disputes may proceed in the ordinary course by noticed motion.

IT IS SO ORDERED.

Dated: August 28, 2008

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Beverly Tse    btse@kmllp.com

Christine Pedigo Bartholomew    cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com

Daniel Hume    dhume@kmslaw.com

David E. Kovel    dkovel@kmllp.com

I. Stephen Rabin    srabin@rabinpeckel.com, info@rabinpeckel.com

Jeff D Friedman    jefff@hbsslaw.com, geoge@hbsslaw.com, jon@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey Squire    squire@bragarwexler.com

Joseph P. Garland    jpg65@columbia.edu

Joseph V. McBride    jmcbride@rabinpeckel.com

Julie Dawn Wood    jwood@omm.com

Michael Andrew McShane    mmcshane@audetlaw.com

Michael Frederick Tubach    mtubach@omm.com, kquintanilla@omm.com

Shana E. Scarlett    nancyq@hbsslaw.com, shanas@hbsslaw.com

Thomas Patrick Brown    tbrown@omm.com, dbordessa@omm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/29/08**                                                            **Richard W. Wieking, Clerk**

                                                                                **By:    Chambers**

FURTHER ORDER RE: DISCOVERY ORDER
C 07-1882 RS

2