**E-Filed 9/19/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY ANTITRUST LITIGATION | Case Number C 07-1882 JF (RS) |
| | ORDER[1] OVERRULING OBJECTION TO ORDER OF MAGISTRATE JUDGE SEEBORG |
| | [re: doc. no. 97] |

Plaintiffs in this putative class action object to Magistrate Judge Seeborg's order of August 29, 2008, which clarified an earlier order regarding a motion to compel as it related to Plaintiffs' document request number 29. Judge Seeborg's clarifying order stated that "at this junction, contracts and agreements are the *only* materials that are to be produced, and that includes those pertaining to PayPal. The parties are then to meet and confer on what, if any, 'back-up' documentation should be produced and any further disputes may proceed in the ordinary course by noticed motion." Order at 1, Aug. 29, 2008 (emphasis in original).

Plaintiffs argue that these discovery instructions are inconsistent with document request number 29, because that request seeks discovery regarding the reasoning behind certain

---

[1] This disposition is not designated for publication in the official reports.

1 | contractual policies, not the contracts or agreements themselves. However, Judge Seeborg's
2 | clarifying order states that discovery of such related documentation can be addressed in a future
3 | meet and confer between the parties, and that any further disputes related to document request
4 | number 29 can be resolved by noticed motion. Under these circumstances, it cannot be said that
5 | Judge Seeborg's order is "clearly erroneous or contrary to law." *See* Fed. R. Civ. P. 72(a); *see*
6 | *also* 28 U.S.C. § 636(b)(1)(A). Accordingly, Plaintiffs' objection is overruled.
7 |     IT IS SO ORDERED.

DATED: September 19, 2008

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

2  Beverly Tse     btse@kmllp.com

3  Christine Pedigo Bartholomew     cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com

4

   Daniel Hume     dhume@kmslaw.com

5

   David E. Kovel     dkovel@kmllp.com

6

   I. Stephen Rabin     srabin@rabinpeckel.com, info@rabinpeckel.com

7

8  Jeff D Friedman     jefff@hbsslaw.com, geoge@hbsslaw.com, jon@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

9  Jeffrey Squire     squire@bragarwexler.com

10  Joseph P. Garland     jpg65@columbia.edu

11  Joseph V. McBride     jmcbride@rabinpeckel.com

12  Julie Dawn Wood     jwood@omm.com

13  Michael Andrew McShane     mmcshane@audetlaw.com

14  Michael Frederick Tubach     mtubach@omm.com, kquintanilla@omm.com

15  Shana E. Scarlett     nancyq@hbsslaw.com, shanas@hbsslaw.com

16  Thomas Patrick Brown     tbrown@omm.com, dbordessa@omm.com

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-1882 JF (RS)
ORDER OVERRULING OBJECTION TO ORDER OF MAGISTRATE JUDGE SEEBORG
(JFLC1)