1  Michael F. Tubach (S.B. #145955) –mtubach@omm.com
   Thomas P. Brown (S.B. #182916)–tbrown@omm.com
2  Julie D. Wood (S.B. #242147)–jwood@omm.com            *E-FILED 10/21/08*
   Katherine M. Robison (S.B. #221556)–krobison@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6

7  Attorneys for Defendant
   eBay Inc.
8

9  [Additional Counsel Listed on Signature Page]

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14  IN RE EBAY SELLER ANTITRUST          Case No.  C 07-01882 (JF)(RS)
    LITIGATION
15                                       STIPULATION AND [PROPOSED]
                                         ORDER MODIFYING BRIEFING
16                                       SCHEDULE FOR EBAY'S MOTION TO
                                         COMPEL RESPONSES TO EBAY'S
17                                       FIRST SETS OF INTERROGATORIES
                                         TO PLAINTIFF MICHAEL MALONE
18
19                                       ACTION FILED:  April 4, 2007
20
21

22

23

24

25

26

27

28

1    WHEREAS, the parties have met and conferred pursuant to the Court's Standing

2  Order regarding the hearing date for eBay's Motion to Compel Responses to eBay's First

3  Set of Interrogatories to Plaintiff Michael Malone ("Motion");

4    WHEREAS, the parties have identified December 10, 2008 as a mutually

5  convenient date for a hearing on the Motion;

6    WHEREAS, the parties have agreed to set the date of Plaintiffs' opposition to the

7  Motion as November 14, 2008;

8    WHEREAS, the parties have agreed to set the date of eBay's reply in support of the

9  Motion as November 21, 2008.

10    WHEREAS, the dates the parties have agreed to for this modified briefing schedule

11  are within the parameters set by Civil Local Rule 7-3;

12    IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

13    1.    The hearing on the Motion will occur on December 10, 2008 at 9:30 a.m., or

14  as soon thereafter as it may be heard by the Court.

15    2.    Plaintiffs shall file their brief in opposition to the Motion by November 14,

16  2008.

17    3.    eBay shall file any reply in support of the Motion by November 21, 2008.

18

19  Dated:  October 21, 2008                    MICHAEL F. TUBACH
                                               THOMAS P. BROWN
20                                             JULIE D. WOOD
                                               KATHERINE M. ROBISON
21                                             O'MELVENY & MYERS LLP

22

23                                             By: */s/ Katherine M. Robison*
                                               Katherine M. Robison
24

25                                             *Attorneys for Defendant*
                                               eBay Inc.
26

27

28

STIPULATION AND [PROPOSED] ORDER
                                               CASE # C 07-01882 (JF)(RS)

Dated:  October 21, 2008

MICHAEL MCSHANE
AUDET & PARTNERS LLP


By: /s/Michael McShane
      Michael McShane

Dated:  October 21, 2008

STEVE W. BERMAN
GEORGE W. SAMPSON
JEFFREY D. FRIEDMAN
HAGENS BERMAN SOBOL SHAPIRO
LLP


By: /s/ Jeffrey D. Friedman
      Jeffrey D. Friedman

Dated:  October 21, 2008

DANIEL HUME
DAVID KOVEL
KIRBY MCINERNEY & SQUIRE, LLP


By: /s/David Kovel
      David Kovel

*Attorneys for Plaintiffs and Proposed Class*

## ORDER

IT IS SO ORDERED.


Dated:  October 21, 2008
      _____

The Honorable Richard Seeborg
United States Magistrate Judge


    I, Katherine M. Robison, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Michael McShane, Jeffrey D. Friedman, and David Kovel have concurred in this filing.

STIPULATION AND [PROPOSED] ORDER
CASE # C 07-01882 (JF)(RS)