Michael F. Tubach (S.B. #145955) – mtubach@omm.com
Thomas P. Brown (S.B. #182916) – tbrown@omm.com
Julie D. Wood (S.B. #242147) – jwood@omm.com
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
eBay Inc.

[Additional counsel on signature page]

**E-Filed 3/5/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | No. 07-CV-01882-JF (RS) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE HEARING DATE <br><br> JUDGE:  Mag. Judge Seeborg <br><br> ACTION FILED:  April 4, 2007 |

1    The parties have jointly agreed to reschedule the hearing on (1) eBay's motion for leave to
2    serve additional interrogatories on plaintiff Michael Malone and (2) plaintiffs' motion for a
3    discovery management plan.  The parties request that the hearing, originally scheduled for March
4    6, be rescheduled until March 18 at 9:30 a.m. so that the parties can meet and confer further and try
5    and resolve the disputes.

6    Dated:   March 5, 2009                      MICHAEL F. TUBACH
                                                 THOMAS P. BROWN
7                                                JULIE D. WOOD
                                                 O'MELVENY & MYERS LLP
8

9
                                                 By: /s/ Julie D. Wood
10                                                       Julie D. Wood

11                                               *Attorneys for Defendant*
                                                 eBay Inc.
12
     Dated:   March 5, 2009                      MICHAEL McSHANE
13                                               AUDET & PARTNERS LLP

14

15
                                                 By: /s/ Michael McShane
16                                                       Michael McShane

17                                               *Attorneys for Plaintiffs*

     Dated:   March 5, 2009                      STEVE W. BERMAN
18                                               HAGENS BERMAN SOBOL
                                                   SHAPIRRO, LLP
19

20
                                                 By: /s/ Steve W. Berman
21                                                       Steve W. Berman

22                                               *Attorneys for Plaintiffs*

23

24

25

26

27

28

Dated: March 5, 2009

DANIEL HUME
KIRBY McINERNEY & SQUIRE, LLP

By: /s/ Daniel Hume
Daniel Hume

*Attorneys for Plaintiffs*

    I, Julie D. Wood, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order to Reschedule Hearing Date.  In compliance with General Order 45, X.B., I hereby attest that Michael McShane, Steve W. Berman and Daniel Hume have concurred in this filing.

SO ORDERED:

Dated: 3/5/09

_____
MAGISTRATE JUDGE RICHARD SEEBORG
U.S. District Court Magistrate Judge
Northern District of California

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on March 5, 2009, I electronically filed the STIPULATION AND |
| 3 | [PROPOSED] ORDER TO RESCHEDULE HEARING DATE with the Clerk of the Court using |
| 4 | the CM/ECF system which will send notification of such filing to the e-mail addresses registered, |
| 5 | as denoted on the attached Electronic Mail Notice List. |
| 6 | I hereby certify that I have mailed the foregoing document on paper via the United States |
| 7 | Postal Service to the following: |

Joseph P. Garland
LIFSHULTZ & LIFSHULTZ P.C.
Joseph P. Garland
501 Fifth Avenue, Suite 506
New York, New York 10017
(212) 949-8484
Attorney for Plaintiff Michael Malone.

                                                                   /s/ Isabel Haas
                                                                   Isabel Haas