**\*\*E-Filed 3/17/09\*\***

1  MICHAEL McSHANE (127944)
   AUDET & PARTNERS LLP
2  221 Main Street, Suite 1460
   San Francisco, CA 94105
3  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
4  mmcshane@audetlaw.com

5  JEFF D. FRIEDMAN (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
7  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
8  jefff@hbsslaw.com

9  DANIEL HUME (*Pro Hac Vice*)
   KIRBY MCINERNEY LLP
10 825 Third Avenue, 16th Floor
   New York, NY 10022
11 Telephone: (212) 371-6600
   Facsimile: (212) 751-2540
12 dhume@kmllp.com

13 Attorneys for Plaintiffs

14 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION, | No. 07-CV-01882-JF (RS) |
| | SECOND STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATE |
| | JUDGE: Mag. Judge Seeborg |
| | ACTION FILED: April 4, 2007 |

SECOND STIPULATION AND [PROPOSED] ORDER
No. C-07-01882-JF (RS)

1  The parties have jointly agreed to reschedule the hearing on (1) eBay's motion for leave to
2  serve additional interrogatories on plaintiff Michael Malone and (2) plaintiffs' motion for a
3  discovery management plan.  The parties request that the hearing, currently scheduled for March
4  18, 2009, be rescheduled until April 1, 2009 at 9:30 a.m. so that the parties can meet and confer
5  further and try and resolve the disputes.

7  Dated:   March 16, 2009                                    MICHAEL F. TUBACH
                                                              THOMAS P. BROWN
8                                                             JULIE D. WOOD
                                                              O'MELVENY & MYERS LLP

11                                                            By: /s/ Julie D. Wood
                                                                      Julie D. Wood

12                                                            *Attorneys for Defendant*
                                                              eBay Inc.

14  Dated:   March 16, 2009                                   MICHAEL McSHANE
                                                              AUDET & PARTNERS LLP

16                                                            By: /s/ Michael McShane
                                                                      Michael McShane

                                                              *Attorneys for Plaintiffs*

19  Dated:  March 16, 2009                                    DANIEL HUME
                                                              KIRBY McINERNEY LLP

21                                                            By: /s/ Daniel Hume
                                                                      Daniel Hume

22                                                            *Attorneys for Plaintiffs*

24  Dated:   March 16, 2009                                   STEVE W. BERMAN
                                                              HAGENS BERMAN SOBOL SHAPIRRO,
                                                              LLP

26                                                            By: /s/ Steve W. Berman
                                                                      Steve W. Berman

- 1 -
SECOND STIPULATION AND [PROPOSED] ORDER
No. C-07-01882-JF (RS)

*Attorneys for Plaintiffs*

I, Beverly Tse, am the ECF User whose ID and password are being used to file this Second Stipulation and Proposed Order to Reschedule Hearing Date. In compliance with General Order 45, X.B., I hereby attest that Julie Wood, Daniel Hume, Michael McShane, and Jeff D. Friedman have concurred in this filing.

SO ORDERED:

Dated: March 17, 2009

_____
MAGISTRATE JUDGE RICHARD SEEBORG
U.S. District Court Magistrate Judge
Northern District of California