**E-Filed 4/3/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY ANTITRUST LITIGATION | Case Number C 07-1882 JF (RS) <br><br> ORDER[1] GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO CHANGE CLASS CERTIFICATION SCHEDULE <br><br> [re: doc. no. 152] |

Pursuant to Civ. L.R. 6-3, Plaintiffs seek to modify the current class certification schedule. eBay opposes Plaintiffs' request, arguing that the request is (1) unreasonable in light of the Court's prior scheduling modifications and (2) seeks to impose discovery obligations on eBay that should instead be the subject of discovery motions before Magistrate Judge Seeborg. In its opposition, eBay indicates that it would be amenable to an order extending the current class certification discovery cutoff and briefing schedule by thirty days. In light of the Court's several prior modifications to the schedule, the motion to amend the class certification schedule will be granted in part. The cutoff for class certification discovery and any related motions is now May 15, 2009. All other deadlines remain in place.

---

[1] This disposition is not designated for publication in the official reports.

1

2    IT IS SO ORDERED.

3

4

5    DATED: April 3, 2009

6

7                                              _____
                                               JEREMY FOGEL
8                                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

This Order was served on the following persons:

Aaron H. Darsky     adarsky@audetlaw.com

Beverly Tse     btse@kmllp.com

Christine Pedigo Bartholomew     cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com

Daniel Hume     dhume@kmslaw.com

David E. Kovel     dkovel@kmllp.com

George W. Sampson     george@hbsslaw.com

I. Stephen Rabin     srabin@rabinpeckel.com, info@rabinpeckel.com

Jeff D Friedman     jefff@hbsslaw.com, geoge@hbsslaw.com, jon@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey Squire     squire@bragarwexler.com

Joseph P. Garland     jpg65@columbia.edu

Joseph V. McBride     jmcbride@rabinpeckel.com

Julie Dawn Wood     jwood@omm.com, ihaas@omm.com

Katherine Robison     krobison@omm.com, rgonzalez@omm.com

Michael Andrew McShane     mmcshane@audetlaw.com

Michael Frederick Tubach     mtubach@omm.com, kquintanilla@omm.com

Reginald Von Terrell     reggiet2@aol.com

Rosemary M. Rivas     rrivas@finkelsteinthompson.com

Shana E. Scarlett     nancyq@hbsslaw.com, shanas@hbsslaw.com

Steve W. Berman     carrie@hbsslaw.com, steve@hbsslaw.com

Thomas Patrick Brown     tbrown@omm.com, dbordessa@omm.com