1  MICHAEL McSHANE (127944)
   AUDET & PARTNERS LLP                      *~~E-FILED 5-27-09~~*
2  221 Main Street, Suite 1460
   San Francisco, CA  94105
3  Telephone:  (415) 568-2555
   Facsimile:  (415) 568-2556
4  mmcshane@audetlaw.com

5  STEVE W. BERMAN (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
7  Telephone:  (206) 623-7292
   Facsimile:  (206) 623-0594
8  steve@hbsslaw.com

9  DANIEL HUME (*Pro Hac Vice*)
   KIRBY MCINERNEY LLP
10 825 Third Avenue, 16th Floor
   New York, NY  10022
11 Telephone:  (212) 371-6600
   Facsimile:  (212) 751-2540
12 dhume@kmllp.com

13 Interim Co-Lead Class Counsel

14 [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No. 07-CV-01882-JF (RS) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PAGE LIMITS RE BRIEFING ON MOTION FOR CLASS CERTIFICATION <br><br> JUDGE:  Jeremy Fogel <br><br> ACTION FILED:  April 4, 2007 |

1    The parties hereto, through their respective counsel of record, hereby stipulate to the entry of the following Order regarding page limits applicable under the Local Rules in connection with the parties' class certification briefing:

WHEREAS, pursuant to the Court's April 3, 2009 and April 21, 2009 orders, Plaintiffs' motion in support of class certification is currently due June 15, 2009[1], Defendant's opposition to Plaintiffs' class certification motion is currently due August 15, 2009, and Plaintiffs' reply in support of class certification is currently due on September 14, 2009;

WHEREAS, pursuant to Local Rules 7-2(b), 7-3(a), 7-3(c), and 7-4(b) concerning page limitations, a motion and an opposition to a motion may not exceed 25 pages in length and the reply to the opposition may not exceed 15 pages of text;

WHEREAS, given the nature of the class certification briefing, the parties hereby seek an extension to the page limits;

IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

1. Plaintiffs' memorandum in support of their motion for class certification shall not exceed 50 pages in length;

2. Defendant's memorandum in opposition to Plaintiffs' motion for class certification shall not exceed 50 pages in length; and

3. Plaintiffs' reply memorandum in support of motion for class certification shall not exceed 30 pages in length.

Dated: May 27, 2009                KIRBY McINERNEY LLP
                                   Daniel Hume

                                   By _____/s/ Daniel Hume_____
                                       Daniel Hume (*Pro Hac Vice*)

Dated: May 27, 2009                HAGENS BERMAN SOBOL SHAPIRO LLP
                                   Steve Berman (*Pro Hac Vice*)

---

[1] Moving the date for Plaintiffs' motion for class certification from January 15, 2009 to June 15, 2009. *See* Civil Minutes (filed Mar. 21, 2008, Ct. Rec. 66); Civil Minutes (filed Dec. 19, 2008, Ct. Rec. 125).

|   |   |
|---|---|
| | George W. Sampson (*Pro Hac Vice*) |
| | Jeff D. Friedman (173886) |

By:    /s/ Jeff D. Friedman
        Jeff D. Friedman

Dated: May 27, 2009

AUDET & PARTNERS LLP
Michael McShane (127944)

By:    /s/ Michael McShane
        Michael McShane

*Interim Co-Lead Class Counsel*

Dated: May 27, 2009

O'MELVENY & MYERS LLP
Michael F. Tubach
Thomas P. Brown
Brynly Llyr

By:    /s/ Brynly Llyr
        Brynly Llyr

*Attorneys for Defendant eBay Inc.*

I, Beverly Tse, am the ECF User whose ID and password are being used to file this STIPULATION & [PROPOSED] ORDER TO EXTEND PAGE LIMITS. In compliance with General Order 45, X.B., I hereby attest that Brynly Llyr, Daniel Hume, Jeff D. Friedman, and Michael McShane have concurred in this filing.

**ORDER**

IT IS SO ORDERED.

Dated: 5/29/09

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE