UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No. C07-1882-JF (RS)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL DOCUMENTS<br><br>[Docket No. 222] |

On June 15, 2009, Ann Farmer, Michael Malone, and Todd Van Pelt ("Plaintiffs") filed an administrative motion to unseal certain documents previously filed under seal.[1] Plaintiffs argue that the information in several of the exhibits submitted in support of their motion for class certification is not confidential because the corresponding documents either are publicly available or relate to events that took place several years ago. Plaintiffs thus assert that the documents should be made a part of the public record. On June 22, 2009, Defendant eBay and third party American Online ("AOL") each filed separate opposition to the motion.

Plaintiffs seek to unseal exhibits 1-13, 15, 17-19, 21-24, 26-29, 32-33, 35, 37, 39, 41-51,

---

[1] The parties entered into a protective order on March 26, 2008.

54-57, 59-60, 63-70, 73-87, 89-91, 93-95, 98-103, 105, 106, 108, 116, 121, and 123-126. eBay concedes that exhibits 1-12, 26-27, 39, 67 and 105 do not contain confidential information. Accordingly, the motion will be granted as to these documents. However, eBay and AOL contend that the remaining exhibits should remain under seal because they reflect, contain, or are derived from confidential commercial information of value, the disclosure of which could cause an unreasonable risk of commercial or competitive harm.

With respect to these remaining exhibits, Plaintiffs offer only conclusory statements that the documents now reside in the public domain or relate to activities that took place more than a decade ago. Pursuant to Civil Local Rule 7-11, "[a] motion for an order concerning a miscellaneous administrative matter . . . must set forth specifically the action requested and the reasons supporting the motion . . ." Accordingly, the remaining exhibits will remain sealed.

IT IS SO ORDERED.

DATED: July 7, 2009

_____
JEREMY FOGEL
United States District Judge

Copies of Order served on:

Aaron H. Darsky    adarsky@audetlaw.com
Beverly Tse    btse@kmllp.com
Brynly R. Llyr    bllyr@omm.com
Christine Pedigo Bartholomew    cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com
Daniel Hume    dhume@kmslaw.com
David E. Kovel    dkovel@kmllp.com
George W. Sampson    george@hbsslaw.com
Stephen Rabin    srabin@rabinpeckel.com, info@rabinpeckel.com
Jeff D Friedman    jefff@hbsslaw.com, geoge@hbsslaw.com, jon@hbsslaw.com, katherined@hbsslaw.com, sf_filings@hbsslaw.com
Jeffrey Squire    squire@bragarwexler.com
Joseph P. Garland    jpg65@columbia.edu
Joseph V. McBride    jmcbride@rabinpeckel.com
Julie Dawn Wood    jwood@omm.com, ihaas@omm.com
Katherine Robison    krobison@omm.com, rgonzalez@omm.com
Michael Andrew McShane    mmcshane@audetlaw.com
Michael Frederick Tubach    mtubach@omm.com, kquintanilla@omm.com
Randall W. Edwards    REdwards@omm.com
Reginald Von Terrell    reggiet2@aol.com
Rosemary M. Rivas    rrivas@finkelsteinthompson.com
Shana E. Scarlett    nancyq@hbsslaw.com, shanas@hbsslaw.com
Steve W. Berman    carrie@hbsslaw.com, steve@hbsslaw.com
Susan L. Germaise    sgermaise@mcguirewoods.com
Thomas Patrick Brown    tbrown@omm.com, dbordessa@omm.com

3

Case No. C07-01882-JF
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO UNSEAL DOCUMENTS
(JFEX2)