| | |
|---|---|
| 1  MICHAEL F. TUBACH (S.B. #145955) - mtubach@omm.com | **\*E-filed 7/24/09\*** |
| 2  THOMAS P. BROWN (S.B. #182916) - tbrown@omm.com | |
| 3  RANDALL W. EDWARDS (S.B. #179053) - redwards@omm.com | |

MICHAEL F. TUBACH (S.B. #145955) -
mtubach@omm.com
THOMAS P. BROWN (S.B. #182916) -
tbrown@omm.com
RANDALL W. EDWARDS (S.B. #179053) -
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
eBay Inc.

**\*E-filed 7/24/09\***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No.  C 07-01882-JF (RS) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DATE FOR PRODUCTION OF RESPONSIVE DOCUMENTS AND LIMITING EXPERT DISCOVERY** |

1     WHEREAS the Court ordered Plaintiffs to provide to eBay Inc. 105 additional
2 search terms within 10 days of the Court's July 13, 2009 Order;

3     WHEREAS Plaintiffs delivered to eBay Inc. the aforementioned search terms on
4 Friday, July 17, 2009 which returned over 250,000 additional, deduplicated documents for
5 eBay to review;

6     WHEREAS, consistent with the Stipulation and Protective Order Regarding
7 Expert Discovery, filed April 11, 2008, the parties seek to limit certain expert discovery;

8     IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

9     1.    eBay shall complete its review of no less than half of the documents
10 returned by Plaintiffs' 105 search terms by August 6, 2009, and will produce to Plaintiffs
11 all responsive, non-privileged documents from its review on the same date, August 6,
12 2009.

13     2.    eBay shall produce after August 6, 2009 on a rolling production basis the
14 responsive, non-privileged documents to Plaintiffs from the remaining fifty-percent of the
15 documents returned by Plaintiffs' 105 search terms.

16     3.    eBay shall have until August 26, 2009 to complete its remaining production
17 of responsive, non-privileged documents returned by Plaintiffs' 105 search terms.

18     4.    The parties will not seek discovery of prior testimony or reports of experts
19 in this matter, with the exception of testimony or expert reports in matters involving eBay
20 or PayPal. Nothing herein precludes a party from seeking information publicly available
21 from sources other than the opposing parties or experts.

22 Dated: July 23, 2009                     MICHAEL F. TUBACH
                                                     THOMAS P. BROWN
23                                              RANDALL W. EDWARDS
24                                              O'MELVENY & MYERS LLP

25

26                                        By:   /s/ Thomas P. Brown
                                                    Thomas P. Brown
27
                                       *Attorneys for Defendant*
28                                        eBay Inc.

| | | |
|---|---|---|
| 1 | Dated:  July 23, 2009 | JEFF FRIEDMAN |
| 2 | | SHANA SCARLETT |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | |
| 4 | | |
| 5 | | By:   /s/ Jeff Friedman |
| | | Jeff Friedman |
| 6 | | *Attorneys for Plaintiffs and Proposed Class* |

I, Thomas P. Brown, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR PRODUCTION OF RESPONSIVE DOCUMENTS AND LIMITING EXPERT DISCOVERY.  In compliance with General Order 45, X.B., I hereby attest that Jeff D. Friedman has concurred in this filing.

**ORDER**

IT IS SO ORDERED.

Dated: 7/24/09 _____

_____
The Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California

SF1:771927.2