MICHAEL F. TUBACH (S.B. #145955) - mtubach@omm.com
THOMAS P. BROWN (S.B. #182916) - tbrown@omm.com
RANDALL W. EDWARDS (S.B. #179053) - redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

*E-Filed 7/28/09*

Attorneys for Defendant
eBay Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No.  C-07-01882-JF (RS)<br><br>[~~PROPOSED~~] ORDER FINDING EBAY'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER TESTIMONY OF PLAINTIFFS' EXPERT GLENN A. WOROCH, DECLARATION OF THOMAS P. BROWN IN SUPPORT THEREOF, EBAY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FURTHER DOCUMENTS PERTAINING TO PAYPAL, AND DECLARATION OF BRYNLY R. LLYR IN SUPPORT THEREOF WERE LODGED ON JULY 22, 2009 |

Having considered the Declaration of Viktor Ignatyuk Regarding Lodging of Documents on July 22, 2009, the Court finds that the following documents were lodged on July 22, 2009:

1. eBay's Notice of Motion and Motion to Compel Further Testimony From Plaintiffs' Expert Glenn A. Woroch;

2. Declaration of Thomas P. Brown in Support of eBay's Notice of Motion and Motion to Compel Further Testimony From Plaintiffs' Expert Glenn A. Woroch;

3. eBay's Opposition to Plaintiffs' Motion to Compel Further Documents Pertaining to PayPal;

4. Declaration of Brynly R. Llyr in Support of eBay's Opposition to Plaintiffs' Motion to Compel Further Documents Pertaining to PayPal.

**IT IS SO ORDERED**

DATED: 7/28/09 _____, 2009

_____
The Honorable Richard Seeborg
United States Magistrate Judge

SF1:772239.1