| | |
|---|---|
| 1 | Michael Malott |
| 2 | 3376 Preakness Court<br>Marietta, GA 30062 |
| 3 | Telephone (617) 543-3522<br>Appearing *Pro Se*. |
| 4 | [Additional counsel on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | No. 5:07-CV-01882-JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF MICHAEL MALOTT**<br><br>JUDGE: Hon. Jeremy Fogel<br><br>ACTION FILED: April 4, 2007 |

| | |
|---|---|
| 1 | The parties herein, by and through their respective counsel of record, hereby stipulate and |
| 2 | agree as follows: |
| 3 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Malott voluntarily dismisses |
| 4 | himself and his claims against eBay Inc. *with prejudice* in the consolidated action entitled *In re* |
| 5 | *ebay Seller Antitrust Litigation*, 5:07-cv-01882-JF(RS), and any related actions filed against eBay |
| 6 | Inc., including the action entitled *Reverand Michael Malott v. Ebay Incorporated,* C 07-0594 |
| 7 | (PVT). All parties are to bear their own costs and fees. |
| 8 | **SO STIPULATED** |
| 9 | Dated: April __, 2009     MICHAEL MALOTT |
| 10 | |
| 11 | |
| 12 | _____ Plaintiff Appearing *Pro Se* |
| 13 | Dated: April 17, 2009     MICHAEL F. TUBACH |
| 14 |                              THOMAS P. BROWN<br>JULIE D. WOOD |
| 15 |                              KATHERINE M. ROBISON<br>O'MELVENY & MYERS LLP |
| 16 | |
| 17 |                              By: */s/ Katherine M. Robison*<br>                                  Katherine M. Robison |
| 18 | |
| 19 |                              *Attorneys for Defendant*<br>eBay Inc. |
| 20 | Dated: April 17, 2009     MICHAEL McSHANE |
| 21 |                              AARON H. DARSKY<br>AUDET & PARTNERS LLP |
| 22 | |
| 23 |                              By: */s/ Aaron H. Darsky*<br>                                  Michael McShane |
| 24 | |
| 25 |                              *Attorneys for Plaintiffs* |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: April 17, 2009 | JEFF D. FRIEDMAN |
| 2 | | SHANA E. SCARLETT |
| | | STEVE W. BERMAN |
| 3 | | GEORGE W. SAMPSON |
| | | HAGENS BERMAN SOBOL |
| 4 | |   SHAPIRO, LLP |

By: */s/ Jeff D. Friedman*
      Jeff D. Friedman

*Attorneys for Plaintiffs*

Dated: April 17, 2009

DANIEL HUME
BEVERLY TSE
DAVID E. KOVEL
KIRBY McINERNEY, LLP

By: */s/ Daniel Hume*
      Daniel Hume

*Attorneys for Plaintiffs*

I, Katherine M. Robison, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal With Prejudice of Plaintiff Michael Malott. In compliance with General Order 45, X.B., I hereby attest that Aaron H. Darsky, Jeff D. Friedman, Daniel Hume, Rosemary M. Rivas, Joseph V. McBride, Jeffrey Squire, and Joseph P. Garland have concurred in this filing.

IT IS SO ORDERED.

Dated: 8/12/09

_____
Hon. Jeremy Fogel
United States District Judge

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on August 4, 2009, I electronically filed the STIPULATION AND |
| 3 | [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF |
| 4 | MICHAEL MALOTT with the Clerk of the Court using the CM/ECF system which will send |
| 5 | notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic |
| 6 | Mail Notice List. |
| 7 | I hereby certify that I have sent via FedEx the foregoing document on paper to the |
| 8 | following: |

Michael Malott
3376 Preakness Court
Marietta, GA 30062
Plaintiff Appearing *Pro Se*

_____
Rocio Gonzalez

SF1:762817.1

- 3 -    STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL W/PREJUDICE
OF PLF MALOTT   NO. 5:07-CV-01882-JF (RS)