Robert L. Stolebarger (CA State Bar No. 230495)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Non-Party Visa Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No. C-07-01882-JF (RS)<br><br>[PROPOSED] ORDER GRANTING EBAY INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EBAY INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS<br><br>Action Filed: April 4, 2007 |

Having considered the Administrative Motion to File Under Seal eBay Inc.'s Notice of motion and Motion for Summary Judgment and Supporting Documents, as it concerns the Declaration of Gerry Sweeney, and the Declaration of Robert L. Stolebarger in support thereof, the Court finds good cause exists to seal the following documents:

1. The version of the Declaration of Gerry Sweeney containing paragraph 9, provided that the redacted version of the Declaration of Gerry Sweeny redacting paragraph 9 is publicly filed.

**IT IS SO ORDERED**

DATED: 8/26 , 2009

_____
The Honorable Jeremy Fogel
United States District Court Judge