**E-Filed 9/10/09**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No. C 07-01882 JF (RS)<br><br>ORDER[1] REQUESTING RESPONSE TO OBJECTION TO DISCOVERY ORDER<br><br>[Re: Docket No. 404] |

Defendant has filed an objection to Magistrate Judge Seeborg's discovery order of August 17, 2009, compelling testimony and transactional data. Plaintiffs shall file their response to the objection, if any, on or before September 25, 2009. Defendant may file a reply to Plaintiffs' response, if any, on or before October 2, 2009. The matter thereafter will be taken under submission without oral argument.

//

//

---

[1] This disposition is not designated for publication in the official reports.

IT IS SO ORDERED.

DATED: September 10, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　United States District Judge

This Order has been served upon the following persons:

Aaron H. Darsky     adarsky@audetlaw.com

Beverly Tse     btse@kmllp.com

Brynly R. Llyr     bllyr@omm.com

Christine Pedigo Bartholomew     cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com

Daniel Hume     dhume@kmslaw.com

David E. Kovel     dkovel@kmllp.com

Dixie Lee Noonan     dnoonan@omm.com, bbelina@omm.com

Elaine T. Byszewski     elaine@hbsslaw.com, jenniferb@hbsslaw.com

George W. Sampson     george@hbsslaw.com

I. Stephen Rabin     srabin@rabinpeckel.com

Jeff D Friedman     jefff@hbsslaw.com, geoge@hbsslaw.com, jon@hbsslaw.com, katherined@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey Squire     squire@bragarwexler.com

Joseph P. Garland     jpg65@columbia.edu

Joseph V. McBride     jmcbride@rabinpeckel.com

Julie Dawn Wood     jwood@omm.com, ihaas@omm.com

Katherine Robison     krobison@omm.com, rgonzalez@omm.com

Michael Andrew McShane     mmcshane@audetlaw.com

Michael Frederick Tubach     mtubach@omm.com, kquintanilla@omm.com

Randall W. Edwards     REdwards@omm.com

Reginald Von Terrell     reggiet2@aol.com

Robert L. Stolebarger     robert.stolebarger@hro.com, adam.brezine@hro.com, sharon.kizziah@hro.com

Rosemary M. Rivas     rrivas@finkelsteinthompson.com, sdoerrer@finkelsteinthompson.com

3

Case No. C 07-01882 JF (RS)
ORDER REQUESTING RESPONSE TO OBJECTION TO DISCOVERY ORDER
(JFLC3)

1  Shana E. Scarlett    jeneld@hbsslaw.com, shanas@hbsslaw.com

2  Steve W. Berman    carrie@hbsslaw.com, steve@hbsslaw.com

3  Susan L. Germaise    sgermaise@mcguirewoods.com

4  Thomas Patrick Brown    tbrown@omm.com, dbordessa@omm.com