1  Michael F. Tubach (S.B. #145955) –mtubach@omm.com
   Thomas P. Brown (S.B. #182916)–tbrown@omm.com
2  Randall W. Edwards (S.B. #179053)–redwards@omm.com
   Katherine M. Robison (S.B. #221556)–krobison@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3305
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

Attorneys for Defendant
eBay Inc.

*E-Filed 9/17/09*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No.  C 07-01882 (JF)(RS) |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE FOR EBAY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PLAINTIFFS' EXPERT GLENN A. WOROCH** |
| | Action Filed:  April 4, 2007 |

| 1 | WHEREAS, the parties have met and conferred pursuant to the Court's Standing |
| - | - |
| 2 | Order regarding the hearing date for eBay's Motion to Compel Production of Documents |
| 3 | from Plaintiffs' Expert Glenn A. Woroch ("Motion"), which eBay is filing on September |
| 4 | 16, 2009; |
| 5 | WHEREAS, eBay seeks to have the motion heard on shortened time because it |
| 6 | relates to issues pertaining to the upcoming class certification hearing on October 30 and, |
| 7 | absent shortening time, this motion to compel could be heard only on or after October 21, |
| 8 | which, in eBay's view, would not allow sufficient time before the class-certification |
| 9 | hearing; |
| 10 | WHEREAS, the parties have agreed to set the date of Plaintiffs' opposition to the |
| 11 | Motion as Monday, September 28, 2009; |
| 12 | WHEREAS, the parties have agreed to set the date of eBay's reply in support of the |
| 13 | Motion as Wednesday, September 30, 2009. |
| 14 | WHEREAS, the parties have identified October 7, 2009 as a mutually convenient |
| 15 | date for a hearing on the Motion and understand that the Court may be available to hear |
| 16 | the motion on that date; |
| 17 | WHEREAS, the parties have agreed eBay's Motion shall not exceed 10 pages, |
| 18 | Plaintiffs' opposition shall not exceed 10 pages, and eBay's reply in support of the Motion |
| 19 | shall not exceed 5 pages. |
| 20 | WHEREAS, the dates the parties have agreed to for this modified briefing schedule |
| 21 | are within the parameters set by Civil Local Rule 6-1; |
| 22 | IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS: |
| 23 | 1. The hearing on the Motion will occur on October 7, 2009 at 9:30 a.m., or as |
| 24 | soon thereafter as it may be heard by the Court. |
| 25 | 2. Plaintiffs shall file their brief in opposition to the Motion by Monday, |
| 26 | September 28, 2009. |
| 27 | 3. Plaintiffs' opposition shall not exceed 10 pages. |
| 28 | 4. eBay shall file any reply in support of the Motion by Wednesday, |

1 | September 30, 2009.
2 |     5.    eBay's reply in support of the Motion shall not exceed 5 pages.

O'MELVENY & MYERS LLP

Dated: September 16, 2009

By: /s/ **Randall W. Edwards**
Randall W. Edwards

*Attorneys for Defendant*
eBay Inc.

Dated: September 16, 2009    HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ **Jeffrey D. Friedman**
Jeffrey D. Friedman

*Attorneys for Plaintiffs and Proposed Class*

    I, Randall W. Edwards, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Jeffrey D. Friedman has concurred in this filing.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: 9/17/09 |
| 5 | The Honorable Richard Seeborg<br>United States Magistrate Judge |
| 6 | |
| 7 | SF1:776466.1 |