1  MICHAEL McSHANE (127944)
   AUDET & PARTNERS LLP
2  221 Main Street, Suite 1460
   San Francisco, CA 94105
3  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
4  mmcshane@audetlaw.com

5  STEVE W. BERMAN (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  steve@hbsslaw.com

9  DANIEL HUME (*Pro Hac Vice*)
   KIRBY MCINERNEY LLP
10 825 Third Avenue, 16th Floor
   New York, NY 10022
11 Telephone: (212) 371-6600
   Facsimile: (212) 751-2540
12 dhume@kmllp.com

13 Interim Co-Lead Class Counsel

14 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | No. 07-CV-01882-JF (RS) <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITATIONS FOR PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION <br><br> ACTION FILED: April 4, 2007 |

| | | |
|---|---|---|
| 1 | The parties hereto, through their respective counsel of record, hereby stipulate to the entry | |
| 2 | of the following Order regarding page limits applicable under the Local Rules in connection with | |
| 3 | the parties' class certification briefing: | |

 WHEREAS, pursuant to the Court's May 29, 2009 order, the parties agreed to extend the page limitations for the memoranda in support of and in opposition to class certification, allowing Plaintiffs 50 pages for their opening motion; allowing eBay 50 pages to oppose Plaintiffs' motion; and allowng Plaintiffs 30 pages for their reply in support of class certification;

 WHEREAS on September 8, 2009, the parties stipulated and on September 11, 2009, this Court approved, a supplemental memorandum in opposition to class certification to be filed by Defendant eBay, Inc., not to exceed 10 pages;

 WHEREAS on September 11, 2009, eBay filed such a supplemental memorandum;

 WHEREAS Plaintiffs now seek an additional 10 pages for their reply in support of class certification, allowing them up to 40 pages for their reply memorandum; and

 WHEREAS Defendant does not oppose this request.

 IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

 Plaintiffs' memorandum in support of their motion for class certification shall not exceed 40 pages in length.

DATED: September 21, 2009  HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Jeff D. Friedman
   JEFF D. FRIEDMAN

Attorneys for Plaintiffs

DATED: September 21, 2009  O'MELVENY & MYERS LLP

By  /s/ Randall W. Edwards
   RANDALL W. EDWARDS

Attorneys for Defendant eBay Inc.

 I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITATIONS FOR PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION. In compliance with General Order 45, X.B., I hereby attest that Randall W. Edwards has concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/22/09

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on September 21, 2009, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to the e- |
| 4 | mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby |
| 5 | certify that I have mailed the foregoing document or paper via the United States Postal Service to |
| 6 | the non-CM/ECF participants indicated on the attached Manual Notice List. |

                                                              /s/ Jeff D. Friedman
                                                               JEFF D. FRIEDMAN

# Mailing Information for a Case 5:07-cv-01882-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **AOL, LLC**
  sgermaise@mcguirewoods.com

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Steve W. Berman**
  steve@hbsslaw.com,carrie@hbsslaw.com

- **Thomas Patrick Brown**
  tbrown@omm.com,dbordessa@omm.com

- **Elaine T. Byszewski**
  elaine@hbsslaw.com,jenniferb@hbsslaw.com

- **Aaron H. Darsky**
  adarsky@audetlaw.com

- **Randall W. Edwards**
  REdwards@omm.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,george@hbsslaw.com,sf_filings@hbsslaw.com

- **Joseph P. Garland**
  jpg65@columbia.edu

- **Susan L. Germaise**
  sgermaise@mcguirewoods.com

- **Daniel Hume**
  dhume@kmslaw.com

- **Karina Kosharskyy**
  kkosharskyy@kmllp.com

- **David E. Kovel**
  dkovel@kmllp.com

- **Brynly R. Llyr**
  bllyr@omm.com

- **Joseph V. McBride**

  jmcbride@rabinpeckel.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com

- **Dixie Lee Noonan**
  dnoonan@omm.com,bbelina@omm.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,sdoerrer@finkelsteinthompson.com

- **Katherine Robison**
  krobison@omm.com,rgonzalez@omm.com

- **George W. Sampson**
  george@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,jeneld@hbsslaw.com

- **Jeffrey Squire**
  squire@bragarwexler.com

- **Robert L. Stolebarger**
  robert.stolebarger@hro.com

- **Christopher S. Studebaker**
  cstudebaker@kmllp.com

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Beverly Tse**
  btse@kmllp.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Visa Inc.**
  robert.stolebarger@hro.com

- **Kenneth G. Walsh**
  kwalsh@kmllp.com

- **Julie Dawn Wood**
  jwood@omm.com,ihaas@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`