**E-Filed 10/16/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | No. 07-CV-01882-JF (RS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

_____/

On October 14, 2009, Magistrate Judge Richard Seeborg recommended, in response to the suggestion of counsel for all the parties, that this Court appoint a special master to hear Plaintiffs' pending motion to compel and all future discovery disputes that may arise in this action. The Court has reviewed Judge Seeborg's recommendation pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts the recommendation in its entirety. The Honorable Read Ambler, retired Judge of the Santa Clara Superior Court, is hereby appointed as special master. The special master's compensation, at the rate of $700.00 per hour, shall be paid equally by each side subject to reallocation by the Court upon motion for good cause shown.

**IT IS SO ORDERED.**

DATED: 10/16/09

_____
JEREMY FOGEL
United States District Judge

This Order was served on the following persons:

1. Aaron H. Darsky  adarsky@audetlaw.com
2. Beverly Tse  btse@kmllp.com
3. Brynly R. Llyr  bllyr@omm.com
4. Christine Pedigo Bartholomew  cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com
5. Christopher S. Studebaker  cstudebaker@kmllp.com
6. Daniel Hume  dhume@kmslaw.com
7. David E. Kovel  dkovel@kmllp.com
8. Dixie Lee Noonan  dnoonan@omm.com, bbelina@omm.com
9. Elaine T. Byszewski  elaine@hbsslaw.com, jenniferb@hbsslaw.com
10. George W. Sampson  george@hbsslaw.com
11. I. Stephen Rabin  srabin@rabinpeckel.com
12. Jeff D Friedman  jefff@hbsslaw.com, george@hbsslaw.com, sf_filings@hbsslaw.com
13. Jeffrey Squire  squire@bragarwexler.com
14. Joseph P. Garland  jpg65@columbia.edu
15. Joseph V. McBride  jmcbride@rabinpeckel.com
16. Julie Dawn Wood  jwood@omm.com, ihaas@omm.com
17. Karina Kosharskyy  kkosharskyy@kmllp.com
18. Katherine Robison  krobison@omm.com, rgonzalez@omm.com
19. Kenneth G. Walsh  kwalsh@kmllp.com
20. Michael Andrew McShane  mmcshane@audetlaw.com
21. Michael Frederick Tubach  mtubach@omm.com, kquintanilla@omm.com
22. Randall W. Edwards  REdwards@omm.com
23. Reginald Von Terrell  reggiet2@aol.com
24. Robert L. Stolebarger  robert.stolebarger@hro.com
25. Rosemary M. Rivas  rrivas@finkelsteinthompson.com, sdoerrer@finkelsteinthompson.com
26. Shana E. Scarlett  jeneld@hbsslaw.com, shanas@hbsslaw.com

Steve W. Berman     carrie@hbsslaw.com, steve@hbsslaw.com

Susan L. Germaise     sgermaise@mcguirewoods.com

Thomas Patrick Brown     tbrown@omm.com, dbordessa@omm.com