**E-Filed 10/22/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | No. 07-CV-01882-JF (RS) <br><br> **AMENDED ORDER[1] AUTHORIZING APPOINTMENT OF SPECIAL MASTER** |

_____/

In an order dated October 16, 2009, the Court appointed the Honorable Read Ambler, retired Judge of the Santa Clara Superior Court, as special master to hear and determine Plaintiffs' pending motion to compel and all future discovery disputes that may arise in this action. Good cause therefor appearing, the Court hereby amends its previous order to add the following:

1) prior to hearing or determining any matter or incurring any fees, costs or expenses, the special master shall make the disclosures required by 28 U.S.C. § 455; and

2) the special master is authorized to retain a research attorney at the rate of $150.00 per hour. This cost, as well as any expenses incurred by the research attorney in accessing the Public Access to Court Electronic Records service ("PACER"), shall be paid equally by each side subject to

//

---

1. This disposition is not designated for publication in the official reports.

reallocation by the Court upon motion for good cause shown.

**IT IS SO ORDERED.**

DATED: 10/22/09

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

2  Aaron H. Darsky    adarsky@audetlaw.com

3  Beverly Tse    btse@kmllp.com

4  Brynly R. Llyr    bllyr@omm.com

5  Christine Pedigo Bartholomew    cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com

6  Christopher S. Studebaker    cstudebaker@kmllp.com

7  Daniel Hume    dhume@kmslaw.com

8  David E. Kovel    dkovel@kmllp.com

9  Dixie Lee Noonan    dnoonan@omm.com, bbelina@omm.com

10  Elaine T. Byszewski    elaine@hbsslaw.com, jenniferb@hbsslaw.com

11  George W. Sampson    george@hbsslaw.com

12  I. Stephen Rabin    srabin@rabinpeckel.com

13  Jeff D Friedman    jefff@hbsslaw.com, george@hbsslaw.com, sf_filings@hbsslaw.com

14  Jeffrey Squire    squire@bragarwexler.com

15  Joseph P. Garland    jpg65@columbia.edu

16  Joseph V. McBride    jmcbride@rabinpeckel.com

17  Julie Dawn Wood    jwood@omm.com, ihaas@omm.com

18  Karina Kosharskyy    kkosharskyy@kmllp.com

19  Katherine Robison    krobison@omm.com, rgonzalez@omm.com

20  Kenneth G. Walsh    kwalsh@kmllp.com

21  Michael Andrew McShane    mmcshane@audetlaw.com

22  Michael Frederick Tubach    mtubach@omm.com, kquintanilla@omm.com

23  Randall W. Edwards    REdwards@omm.com

24  Reginald Von Terrell    reggiet2@aol.com

25  Robert L. Stolebarger    robert.stolebarger@hro.com

26  Rosemary M. Rivas    rrivas@finkelsteinthompson.com, sdoerrer@finkelsteinthompson.com

27  Shana E. Scarlett    jeneld@hbsslaw.com, shanas@hbsslaw.com

28

No. 07-CV-01882-JF (RS)
AMENDED ORDER AUTHORIZING APPOINTMENT OF SPECIAL MASTER
(JFLC3)

Steve W. Berman     carrie@hbsslaw.com, steve@hbsslaw.com

Susan L. Germaise     sgermaise@mcguirewoods.com

Thomas Patrick Brown     tbrown@omm.com, dbordessa@omm.com