1  MICHAEL F. TUBACH (S.B. #145955) - mtubach@omm.com
   THOMAS P. BROWN (S.B. #182916) - tbrown@omm.com
2  RANDALL W. EDWARDS (S.B. #179053) - redwards@omm.com
   KATHERINE M. ROBISON (S.B. # 221556) - krobison@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  Attorneys for Defendant
   eBay Inc.

**E-Filed 10/23/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No. C-07-01882-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING EBAY'S MOTION SPECIALLY SET HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EBAY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed:    April 4, 2007 |

| | |
|---|---|
| 1 | Good cause shown, eBay's motion for an order specially setting a hearing for Plaintiffs' |
| 2 | Motion for Class Certification and eBay's Motion for Summary Judgment is hereby GRANTED. |
| 3 | A two hour hearing, in which both motions shall be presented, will occur on December _1_, 2009 |
| 4 | at _9:00 am_. The parties will coordinate with the court clerk before the hearing date regarding the |
| 5 | use of any visual aides at the hearing. |
| 6 | The hearing will be conducted as follows: |
| 7 | (1) Plaintiffs' Argument in Support of Class Certification -- 20 minutes |
| 8 | (2) eBay's Argument in Opposition to Class Certification -- 20 minutes |
| 9 | (3) Plaintiffs' Argument in Rebuttal -- 5 minutes |
| 10 | (4) Additional Questions or Follow-up by the Court |
| 11 | 10 minute break |
| 12 | (5) eBay's Argument in Support of Summary Judgment -- 20 minutes |
| 13 | (6) Plaintiffs' Argument in Opposition to Summary Judgment -- 20 minutes |
| 14 | (7) eBay's Argument in Rebuttal -- 5 minutes |
| 15 | (8) Additional Questions or Follow-up by the Court |
| 16 | (9) Case Management Conference |
| 17 | SO ORDERED. |
| 18 | |
| 19 | Dated: October _23_, 2009 |
| 20 | _____<br>Judge Jeremy Fogel<br>United States District Court |

SF1:779221.1

[PROP.] ORDER GRANTING
EBAY'S MOT. FOR SPECIALLY SET HEARING
C-07-01882-JF (RS)