**E-Filed 10/28/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case Number  C 07-1882 JF (RS)<br><br>ORDER[1] (1) AMENDING OCTOBER 20, 2009, ORDER AND<br>(2) GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |

On October 20, 2009, the Court entered an order making a list of exhibits to Plaintiffs' opposition to Defendant eBay's motion for summary judgment part of the public record. On October 21, 2009, eBay filed a motion to alter or amend the October 20 order, or, in the alternative, for leave to file a motion for reconsideration. On October 26, 2009, Plaintiffs filed a response to eBay's October 21 motions.

The parties agree that exhibits 79, 80, and 84 should be sealed. Accordingly, the Court will amend its October 20 order to seal those three exhibits.

With respect to the remaining exhibits subject to the October 20 order, the Court will grant eBay leave to file a motion for reconsideration. Such motion shall be filed on or before

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-1882 JF (RS)
ORDER (1) AMENDING OCTOBER 20, 2009, ORDER AND (2) GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
(JFLC3)

November 4, 2009.  Plaintiffs shall file their response, if any, on or before November 11, 2009. eBay shall file its reply, if any, on or before November 18, 2009.  The motion thereupon will be submitted without oral argument.

**IT IS SO ORDERED.**

DATED: 10/28/2009

_____
JEREMY FOGEL
United States District Judge

_____

2
Case No. C 07-1882 JF (RS)
ORDER (1) AMENDING OCTOBER 20, 2009, ORDER AND (2) GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
(JFLC3)

This Order has been served upon the following persons:

Aaron H. Darsky     adarsky@audetlaw.com

Beverly Tse     btse@kmllp.com

Brynly R. Llyr     bllyr@omm.com

Christine Pedigo Bartholomew     cbartholomew@finkelsteinthompson.com, sanfran@finkelsteinthompson.com

Christopher S. Studebaker     cstudebaker@kmllp.com

Daniel Hume     dhume@kmslaw.com

David E. Kovel     dkovel@kmllp.com

Dixie Lee Noonan     dnoonan@omm.com, bbelina@omm.com

Elaine T. Byszewski     elaine@hbsslaw.com, jenniferb@hbsslaw.com

George W. Sampson     george@hbsslaw.com

I. Stephen Rabin     srabin@rabinpeckel.com

Jeff D Friedman     jefff@hbsslaw.com, george@hbsslaw.com, sf_filings@hbsslaw.com

Jeffrey Squire     squire@bragarwexler.com

Joseph P. Garland     jpg65@columbia.edu

Joseph V. McBride     jmcbride@rabinpeckel.com

Julie Dawn Wood     jwood@omm.com, ihaas@omm.com

Karina Kosharskyy     kkosharskyy@kmllp.com

Katherine Robison     krobison@omm.com, rgonzalez@omm.com

Kenneth G. Walsh     kwalsh@kmllp.com

Michael Andrew McShane     mmcshane@audetlaw.com

Michael Frederick Tubach     mtubach@omm.com, kquintanilla@omm.com

Randall W. Edwards     REdwards@omm.com

Read Ambler     readambler@yahoo.com

Reginald Von Terrell     reggiet2@aol.com

Robert L. Stolebarger     robert.stolebarger@hro.com

Rosemary M. Rivas     rrivas@finkelsteinthompson.com, sdoerrer@finkelsteinthompson.com

3

| | |
|---|---|
| 1 | Shana E. Scarlett     jeneld@hbsslaw.com, shanas@hbsslaw.com |
| 2 | Steve W. Berman     carrie@hbsslaw.com, steve@hbsslaw.com |
| 3 | Susan L. Germaise     sgermaise@mcguirewoods.com |
| 4 | Thomas Patrick Brown     tbrown@omm.com, dbordessa@omm.com |