Michael F. Tubach (S.B. #145955) –mtubach@omm.com
Thomas P. Brown (S.B. #182916)–tbrown@omm.com
Randall W. Edwards (S.B. #179053)–redwards@omm.com
Katherine M. Robison (S.B. #221556)–krobison@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
eBay Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case No. C 07-01882 (JF)(RS) <br><br> **[PROPOSED]** ORDER PERMITTING USE OF ELECTRONIC EQUIPMENT AND PROJECTOR <br><br> Action Filed: April 4, 2007 |

| | |
|---|---|
| 1 | WHEREAS, this Court has set a special hearing for Plaintiffs' Motion for Class |
| 2 | Certification and Defendant eBay Inc.'s Motion for Summary Judgment to begin at 9:00 |
| 3 | a.m. on Tuesday, December 1, 2009 in its October 23, 2009 Order (Docket No. 535); |
| 4 | WHEREAS, the Court's order directed the parties to coordinate with the court |
| 5 | clerk before the hearing date regarding the use of any visual aides at the hearing; |
| 6 | WHEREAS, Defendant eBay, Inc. ("eBay") seeks permission to bring into the |
| 7 | courtroom and use a computer projection system consisting of one projector, one |
| 8 | visualizer (ELMO), two speakers, one laptop computer, one cart, and one box of computer |
| 9 | cables, connectors and accessories as part of its presentation during the hearing on |
| 10 | Tuesday, December 1, 2009; |
| 11 | WHEREAS, eBay seeks permission to have their equipment set up in Courtroom 3 |
| 12 | at 8:00 a.m. on December 1, 2009, or such other time that is convenient for the Court, and |
| 13 | remove the equipment immediately after the hearing, or such other time that is convenient |
| 14 | for the Court; |
| 15 | GOOD CAUSE APPEARING, IT IS ORDERED THAT eBay is permitted to |
| 16 | bring into Courtroom 3 and set up the following equipment at 8:00 a.m. on December 1, |
| 17 | 2009, to use this equipment during eBay's presentation on December 1, 2009, and to |
| 18 | remove this equipment from Courtroom 3 immediately after the hearing: |
| 19 | 1. one (1) projector; |
| 20 | 2. one (1) visualizer (ELMO) |
| 21 | 3. two (2) speakers; |
| 22 | 4. one (1) laptop computer; |
| 23 | 5. one (1) cart; |
| 24 | 6. one (1) box of computer cables, connectors, and accessories. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: November 24, 2009 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: */s/ **Katherine M. Robison*** |
| 4 | | Katherine M. Robison |
| 5 | | *Attorneys for Defendant* |
| 6 | | eBay Inc. |
| 7 | | |
| 8 | | **ORDER** |
| 9 | IT IS SO ORDERED. | |
| 10 | Dated: 11/24/09 | |
| 11 | | |
| 12 | | The Honorable Jeremy D. Fogel |
| | | United States District Judge |
| 13 | | |
| 14 | SF1:782059.1 | |