UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | No. 07-CV-01882-JF (RS)<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFFS' USE OF ELECTRONIC EQUIPMENT AND PROJECTOR AT HEARING |

1  WHEREAS, this Court has set a special hearing for Plaintiffs' Motion for Class Certification and Defendant eBay Inc.'s Motion for Summary Judgment to begin at 9:00 a.m. on Tuesday, December 1, 2009 in its October 23, 2009 Order (Docket No. 535);

WHEREAS, the Court's order directed the parties to coordinate with the court clerk before the hearing date regarding the use of any visual aides at the hearing;

WHEREAS, Plaintiffs seek permission to bring into the courtroom and use a computer projection system consisting of one projector, one laptop computer, one cart, and one box of computer cables, connectors and accessories as part of their presentation during the hearing on Tuesday, December 1, 2009;

WHEREAS, Plaintiffs seek permission to have their equipment set up in Courtroom 3 at 8:00 a.m. on December 1, 2009, or such other time that is convenient for the Court, and remove the equipment immediately after the hearing, or such other time that is convenient for the Court;

GOOD CAUSE APPEARING, IT IS ORDERED THAT Plaintiffs are permitted to bring into Courtroom 3 and set up the following equipment at 8:00 a.m. on December 1, 2009, to use this equipment during Plaintiffs' presentation on December 1, 2009, and to remove this equipment from Courtroom 3 immediately after the hearing:

1. one (1) projector;
2. one (1) laptop computer;
3. one (1) cart; and
4. one (1) box of computer cables, connectors, and accessories.

DATED: 11/24/09

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | Submitted by: |
| 2 | Dated: November 24, 2009 |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 4 | |
|   | By  /s/ Jeff D. Friedman |
| 5 |      JEFF D. FRIEDMAN |
| 6 | Shana E. Scarlett (217895) |
|   | 715 Hearst Avenue, Suite 202 |
| 7 | Berkeley, CA 94710 |
|   | Telephone: (510) 725-3000 |
| 8 | Facsimile: (510) 725-3001 |
|   | jefff@hbsslaw.com |
| 9 | shanas@hbsslaw.com |
| 10 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|    | Steve W. Berman (*Pro Hac Vice*) |
| 11 | George W. Sampson (*Pro Hac Vice*) |
|    | 1301 Fifth Avenue, Suite 2900 |
| 12 | Seattle, WA  98101 |
|    | Telephone: (206) 623-7292 |
| 13 | Facsimile: (206) 623-0594 |
|    | steve@hbsslaw.com |
| 14 | george@hbsslaw.com |
| 15 | AUDET & PARTNERS LLP |
|    | Michael McShane (127944) |
| 16 | Jason T. Baker (212380) |
|    | 221 Main Street, Suite 1460 |
| 17 | San Francisco, CA  94105 |
|    | Telephone: (415) 568-2555 |
| 18 | Facsimile: (415) 568-2556 |
|    | mmcshane@audetlaw.com |
| 19 | jbaker@audetlaw.com |
| 20 | KIRBY McINERNEY LLP |
|    | Daniel Hume (*Pro Hac Vice*) |
| 21 | David Kovel (*Pro Hac Vice*) |
|    | Beverly Tse (237240) |
| 22 | 825 Third Avenue, 16th Floor |
|    | New York, NY 10022 |
| 23 | Telephone:  (212) 371-6600 |
|    | Facsimile:  (212) 751-2540 |
| 24 | dhume@kmllp.com |
|    | dkovel@kmllp.com |
| 25 | btse@kmllp.com |
| 26 | Interim Co-Lead Class Counsel |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on November 24, 2009, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to the e- |
| 4 | mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby |
| 5 | certify that I have mailed the foregoing document or paper via the United States Postal Service to |
| 6 | the non-CM/ECF participants indicated on the attached Manual Notice List. |

                                                  /s/ Jeff D. Friedman
                                                  JEFF D. FRIEDMAN

# Mailing Information for a Case 5:07-cv-01882-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **AOL, LLC**
  sgermaise@mcguirewoods.com

- **Read Ambler**
  readambler@yahoo.com

- **Christine Pedigo Bartholomew**
  cbartholomew@finkelsteinthompson.com,sanfran@finkelsteinthompson.com

- **Steve W. Berman**
  steve@hbsslaw.com,carrie@hbsslaw.com

- **Thomas Patrick Brown**
  tbrown@omm.com,dbordessa@omm.com

- **Elaine T. Byszewski**
  elaine@hbsslaw.com,jenniferb@hbsslaw.com

- **Aaron H. Darsky**
  adarsky@audetlaw.com

- **Randall W. Edwards**
  REdwards@omm.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,george@hbsslaw.com,sf_filings@hbsslaw.com

- **Joseph P. Garland**
  jpg65@columbia.edu

- **Susan L. Germaise**
  sgermaise@mcguirewoods.com

- **Daniel Hume**
  dhume@kmslaw.com

- **Karina Kosharskyy**
  kkosharskyy@kmllp.com

- **David E. Kovel**
  dkovel@kmllp.com

- **Brynly R. Llyr**
  bllyr@omm.com

- **Joseph V. McBride**
  jmcbride@rabinpeckel.com

- **Michael Andrew McShane**
  mmcshane@audetlaw.com,jbaker@audetlaw.com

- **Dixie Lee Noonan**
  dnoonan@omm.com,bbelina@omm.com

- **I. Stephen Rabin**
  srabin@rabinpeckel.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,sdoerrer@finkelsteinthompson.com,jdito@finkelsteinthompson.com

- **Katherine Robison**
  krobison@omm.com,rgonzalez@omm.com

- **George W. Sampson**
  george@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,jeneld@hbsslaw.com

- **Jeffrey Squire**
  squire@bragarwexler.com

- **Robert L. Stolebarger**
  robert.stolebarger@hro.com

- **Christopher S. Studebaker**
  cstudebaker@kmllp.com

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Beverly Tse**
  btse@kmllp.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Visa Inc.**
  robert.stolebarger@hro.com

- **Kenneth G. Walsh**
  kwalsh@kmllp.com

- **Julie Dawn Wood**
  jwood@omm.com,ihaas@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`