**E-Filed 3/4/10**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE EBAY SELLER ANTITRUST LITIGATION | Case Number C 07-01882 JF (RS) <br><br> JUDGMENT[1] |

Defendant's motion for summary judgment was heard on December 1, 2009. The evidence and arguments having been considered and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that judgment be entered for Defendant and against Plaintiffs.

DATED: 3/4/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-01882 JF (RS)
JUDGMENT
(JFLC3)